**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

DANTE EVANS,

                                        **Plaintiff,**                                    **25-CV-07768 (AT)(SN)**

                    -against-                                                            **ORDER**

ELI LILLY AND COMPANY,

                                        **Defendant.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In Plaintiff's March 19, 2026 letter, Plaintiff indicated that his counsel requested another settlement conference. The Court has not received this request. If the parties wish to schedule another settlement conference, they are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with three mutually convenient dates in April or May for a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       March 20, 2026
             New York, New York